# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:09CR172 |
| V. | ORDER |
| JAMES THOMAS TERRELL, III | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motions (Doc# 59 and 61) to Reduce Sentence re USSC Amendment 782/780.

These Motions have already been denied in Document 57.

**IT IS ORDERED**, that Defendant's Motions are **DENIED.**

Signed: October 5, 2021

Frank D. Whitney
United States District Judge